# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE DAVIS, | ) | No. CV 07-5403-DOC(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT A. HOREL (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: November 19, 2008

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge